UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **VIRGIL ANTONIO MEAKINS,** | Case No. EDCV 15-1637-CBM(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **ELVIN VALENZUELA, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 27, 2016

_____
Consuelo B. Marshall
United States District Judge